# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140501

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANNY RAY DUNLAP,
      Defendant-Appellant.

SC: 140501
COA: 294407
Wayne CC: 88-002394;
88-003080

_____/

     On order of the Court, the application for leave to appeal the January 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

d0621